# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# CENTRAL DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 10-44214-MSH |
| JERRY J. AMPOMA | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## ORDER ON MOTION FOR RELIEF FROM STAY

At Worcester in said District this 8th day of December, 2010.

The Motion for Relief from the Automatic Stay of US Bank National Association as Trustee for Bear Sterns Asset Backed Securities, 2006-AC1 [#15] having come before me, due notice having been given, no objection thereto having been filed or if filed said objection having been withdrawn or overruled, and good cause appearing to me therefor, it is hereby ORDERED that US Bank National Association as Trustee for Bear Sterns Asset Backed Securities, 2006-AC1, including its successors and assigns, is granted relief from the automatic stay provisions of 11 U.S.C. § 362 for the purpose of exercising its rights under its agreements with the debtor, including foreclosing its mortgage, or accepting a deed in lieu of foreclosure on the property located at 7 Walter Street, Worcester, MA, more particularly described in the Motion, and if necessary bringing eviction proceedings against the debtor, all in accordance with applicable state and federal law.

By the Court,

Melvin S. Hoffman
U.S. Bankruptcy Judge